AMRANE COHEN
Chapter 13 Trustee
Orange City Square
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone: (714) 621-0200 Fax (714)(621-0277
efile@ch13ac.com



# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In Re:

ISHAK WILLIAM MOUSSA

AKA ISHAK WILLIAM HABIB

Social Security No. **xxx-xx-9581**    Debtor
Social Security No. **xxx-xx-0000**    Co-debtor

Chapter 13
Case No. 8:09-bk-12154-ES

**TRUSTEE'S REPORT AND MOTION FOR CONFIRMATION OF PLAN AND ALLOWANCE OF FEES**

Comes now the duly appointed Trustee in this case, and from the First Meeting of Creditors shows to the Court the following:

Debtor's net income is **$3,532.00** per month
Spouse/other net income is __ per month
Debtor's Budget shows **$401.00** disposable income per month
Debtor proposes to pay **$ 381.00** per month into the plan
Estimated number of months to complete: **60** months
This Plan will pay **4%** to unsecured creditors.

By interlineations: **The debtor will make the property tax payments which come due post-confirmation directly to the Orange County Tax Collector. This is a base plan with all tax refunds pledged into the plan for the duration of the plan. The base amount is $22,860.00. Confirmation of the plan is without prejudice to the rights of the holders of the junior liens. If the debtor is unable to avoid the junior liens, the debtor will file an amended plan within 60 days of the resolution of the motion or adversary to reflect the appropriate treatment for the junior liens in this case.**

The Plan complies with all requirements of 11 U.S.C. §1322 and §1325.

WHEREFORE, the Trustee prays that the Court approve this report, confirm debtor's Plan, and allow attorney fees in the amount set forth in the Order Confirming Plan.

Dated: June 23, 2009

Amrane Cohen, Chapter 13 Trustee

| In re:<br>ISHAK WILLIAM MOUSSA<br>1040 W. MACARTHUR BLVD. #80<br>SANTA ANA, CA 92707    Debtor(s). | CHAPTER 13<br><br>Case No.:8:09-bk-12154-ES |
|---|---|

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orderds do not generate an NEF becasue only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address:
770 THE CITY DR. SOUTH, #3300
ORANGE, CA  92868

A true and correct copy of the foregoing document described ORDER CONFIRMING AMENDED CHAPTER 13 PLAN will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s)("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document . On 6/23/2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 6/23/2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed anvelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

ISHAK WILLIAM MOUSSA
1040 W. MACARTHUR BLVD. #80
SANTA ANA, CA 92707

GREGORY J DOAN
25401 CABOT RD
STE 119
LAGUNA HILLS, CA 92653

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR MAIL** (indicate method for each person or entity served): Pursuant to F.R. Civ.P. 5 and/or controlling LBR, on 6/23/2009 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 23, 2009 | JUAN SANTILLAN | /s/ JUAN SANTILLAN |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009

F 9013-3.1